# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: **07-52649** |
| **JEFFREY ALAN SANFORD** | ) | |
| **DIANNA LYNN SANFORD** | ) | MARILYN SHEA-STONUM |
| | ) | BANKRUPTCY JUDGE |
| Debtor(s) | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **NATIONAL STUDENT LOAN PROGRAM**
   **Check No. 759864**
   **Claim #11-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$30.45** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*ck # 768403*
*receipt # 81999*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **JEFFREY ALAN SANFORD** | **DIANNA LYNN SANFORD** |
| **337 E MAIN STREET APT 2** | **337 E MAIN STREET APT 2** |
| **WHITESBURG, KY 41858** | **WHITESBURG, KY 41858** |
| **(Via Regular Mail)** | **(Via Regular Mail)** |

**CARL HITEMAN, ATTORNEY (via ECF)**

**NATIONAL STUDENT LOAN PROGRAM**
**PO BOX 82507**
**LINCOLN, NE 68501**
**(via Regular Mail)**

Date of Service: **12/13/2010**     By: **JoAnn Romig**
                                        Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com