THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **07-52649**
**JEFFREY ALAN SANFORD** )
**DIANNA LYNN SANFORD** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **NATIONAL STUDENT LOAN PROGRAM**
    **Check No. 762514**
    **Claim #11-1**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$17.30** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **2/14/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Handwritten: Ck # 779244  receipt # 82151*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **JEFFREY ALAN SANFORD**<br>337 E MAIN STREET APT 2<br>WHITESBURG, KY 41858<br>(Via Regular Mail) | **DIANNA LYNN SANFORD**<br>337 E MAIN STREET APT 2<br>WHITESBURG, KY 41858<br>(Via Regular Mail) |

**CARL HITEMAN, ATTORNEY** (via ECF)

**NATIONAL STUDENT LOAN PROGRAM**
PO BOX 82507
LINCOLN, NE 68501
(via Regular Mail)

Date of Service: **2/14/2011**     By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com